MICHAEL J. HADDAD (SBN 189114)
JULIA SHERWIN (SBN 189268)
TERESA ALLEN (SBN 264865)
BRIAN HAWKINSON (SBN 341856)
HADDAD & SHERWIN LLP
505 Seventeenth Street
Oakland, CA 94612
Telephone:  (510) 452-5500
Facsimile:   (510) 452-5510

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY GALLEY, Deceased, by and through his Co-Successors in Interest, P.P. and B.P., minors, through their mother and Next Friend, Christina O'Neil, Individually and as Co-Successors in Interest for ANTHONY GALLEY, Deceased,<br><br>        Plaintiffs,<br>  vs.<br><br>COUNTY OF SACRAMENTO, a public entity; FORMER SACRAMENTO COUNTY SHERIFF SCOTT R. JONES, in his individual capacity; Jail Commander ANTHONY PAONESSA, Jail Medical Director VEER BABU, M.D., ERICA WOODS, R.N., and DOES 1–20; individually, jointly, and severally, | Case No. 2:23-cv-00325-WBS-JC<br><br>**NOTICE OF APPEARANCE OF PLAINTIFFS' COUNSEL** |

Case No. 2:23-cv-00325-WBS-JC:  NOTICE OF APPEARANCE OF PLAINTIFFS' COUNSEL

**TO THE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:**

PLEASE TAKE NOTICE that Brian Hawkinson of Haddad & Sherwin LLP, 505 Seventeenth Street, Oakland, CA 94612, hereby enters appearance on behalf of Plaintiffs in the above-captioned matter as counsel to be noticed.  Counsel's email address for purposes of receipt of Notices of Electronic Filing is: brian@haddadsherwin.com

Dated:  February 24, 2023                    HADDAD & SHERWIN LLP

                                             /s/ *Brian Hawkinson*
                                             BRIAN HAWKINSON
                                             Attorneys for Plaintiffs