MICHAEL J. HADDAD (SBN 189114)
JULIA SHERWIN (SBN 189268)
TERESA ALLEN (SBN 264865)
BRIAN HAWKINSON (SBN 341856)
HADDAD & SHERWIN LLP
505 Seventeenth Street
Oakland, CA 94612
Telephone: (510) 452-5500
Facsimile: (510) 452-5510

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY GALLEY, Deceased, by and through his Co-Successors in Interest, P.P. and B.P., minors, through their mother and Next Friend, Christina O'Neil, Individually and as Co-Successors in Interest for ANTHONY GALLEY, Deceased,<br><br>        Plaintiffs,<br>   vs.<br><br>COUNTY OF SACRAMENTO, a public entity; FORMER SACRAMENTO COUNTY SHERIFF SCOTT R. JONES, in his individual capacity; Jail Commander ANTHONY PAONESSA, Jail Medical Director VEER BABU, M.D., ERICA WOODS, R.N., and DOES 1–20; individually, jointly, and severally, | Case No. 2:23-cv-00325-WBS-JC<br><br>**CO-SUCCESSOR IN INTEREST DECLARATION OF PLAINTIFF B.P.** |

DECLARATION OF SUCCESSOR IN INTEREST/CO-SUCCESSOR IN INTEREST

STATE OF CALIFORNIA )
)
COUNTY OF SACRAMENTO )

I, Christina O'Neil, attest and declare as follows:

1. Anthony Galley, also known as Anthony Paul, died on February 15, 2022, in the City of Sacramento, County of Sacramento, California.

2. I am the mother of Anthony Galley's son, Bodie Paul, a minor, and will represent him in all legal matters until he reaches the age of majority (18 years old).

3. My son, Bodie Paul, is Anthony Galley's co-successor in interest (as defined by Sections 377.11 of the California Code of Civil Procedure), along with my daughter, Paytin Paul, and succeeds to all of Anthony Galley's legal interests.

4. No proceeding is now pending in California or elsewhere for administration of Anthony Galley's estate.

5. Anthony Galley was unmarried at the time of his death.

6. No other person has a superior right to commence the action or proceeding or to be substituted for Anthony Galley in any action.

7. A copy of Anthony Galley's death certificate is attached to this declaration.

8. I have personal knowledge of the facts stated in this declaration. If called upon to testify to same, I am competent to do so.

I declare under penalty of perjury pursuant to the laws of the United States and the State of California that the foregoing information is true and correct.

DATED: 2/24/22   By: _____
Christina O'Neil, Mother of Bodie Paul (Next-of-Kin)

# STATE OF CALIFORNIA

# SACRAMENTO COUNTY
## SACRAMENTO, CALIFORNIA

**CERTIFICATE OF DEATH**

STATE FILE NUMBER: 3052022054277
LOCAL REGISTRATION NUMBER: 3202234002474

| Field | Value |
|---|---|
| 1. Name of Decedent – First | ANTHONY |
| 2. Middle | - |
| 3. Last (Family) | GALLEY |
| AKA | ANTHONY JAMES GALLEY |
| 4. Date of Birth | 05/22/1984 |
| 5. Age | 37 |
| 6. Sex | M |
| 9. Birth State | CA |
| 10. Social Security Number | 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 |
| 11. Ever in U.S. Armed Forces? | NO |
| 12. Marital Status | DIVORCED |
| 7. Date of Death | 02/15/2022 |
| 8. Hour | 0339 |
| 13. Education | GED |
| 14/15. Hispanic/Latino | NO |
| 16. Race | WHITE |
| 17. Usual Occupation | TILE |
| 18. Kind of Business/Industry | CONTRUATION |
| 19. Years in Occupation | 3 |
| 20. Decedent's Residence | 7219 CASTALIAN COURT |
| 21. City | CITRUS HEIGHTS |
| 22. County | SACRAMENTO |
| 23. Zip Code | 95621 |
| 24. Years in County | 37 |
| 25. State | CA |
| 26. Informant's Name, Relationship | CHRISTINA JOETTE GALLEY, MOTHER |
| 27. Informant's Mailing Address | 7219 CASTILIAN COURT, CITRUS HEIGHTS, CA 95621 |
| 31. Name of Father – First | CLYDE |
| 32. Middle | ANTHONY |
| 33. Last | PAUL |
| 34. Birth State | CA |
| 35. Name of Mother – First | CHRISTINA |
| 36. Middle | JOETTE |
| 37. Last (Birth Name) | GALLEY |
| 38. Birth State | CA |
| 39. Disposition Date | 03/11/2022 |
| 40. Place of Final Disposition | RES. CHRISTINA GALLEY, 7219 CASTILIAN COURT, CITRUS HEIGHTS, CA 95621 |
| 41. Type of Disposition | CREMATE/RESIDENCE |
| 42. Signature of Embalmer | NOT EMBALMED |
| 44. Name of Funeral Establishment | LOWEST COST CREMATION AND BURIAL |
| 45. License Number | FD2059 |
| 46. Signature of Local Registrar | OLIVIA KASIRYE MD |
| 47. Date | 03/04/2022 |
| 101. Place of Death | SUTTER MEDICAL CENTER SACRAMENTO |
| 102. If Hospital | ER/OP |
| 104. County | SACRAMENTO |
| 105. Facility Address | 2825 CAPITOL AVENUE |
| 106. City | SACRAMENTO |
| 107. Cause of Death – Immediate Cause | PENDING |
| 108. Death Reported to Coroner | YES, PEND 22-01244 |
| 109. Biopsy Performed? | NO |
| 110. Autopsy Performed? | YES |
| 111. Used in Determining Cause? | YES |
| 112. Other Significant Conditions | - |
| 115. Was Operation Performed | UNK |
| 113A. Pregnant in Last Year? | UNK |
| 119. Manner of Death | Suicide, Pending Investigation |
| 120. Injured at Work? | UNK |
| 126. Signature of Coroner | ALLYSON ROGERS |
| 127. Date | 02/24/2022 |
| 128. Type Name, Title of Coroner | ALLYSON ROGERS, DEP CORONER |

1 of 2

**CERTIFIED COPY OF VITAL RECORD**
STATE OF CALIFORNIA, COUNTY OF SACRAMENTO

This is a true and exact reproduction of the document officially registered and placed on file in the office of the Sacramento County Clerk/Recorder.



*002035722*

DATE ISSUED: MAY 10 2022

Donna Allred
DONNA ALLRED, COUNTY CLERK/RECORDER
SACRAMENTO COUNTY, CALIFORNIA

This copy is not valid unless prepared on an engraved border displaying the date, seal and signature of the County Clerk/Recorder.

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE

# STATE OF CALIFORNIA

# SACRAMENTO COUNTY
### SACRAMENTO, CALIFORNIA

**AFFIDAVIT TO AMEND A RECORD**
NO ERASURES, WHITEOUTS, PHOTOCOPIES, OR ALTERATIONS

| 3052022054277 STATE FILE NUMBER | | 3202234002474 LOCAL REGISTRATION NUMBER |
|---|---|---|
| 1.1 | ☐ BIRTH  ☒ DEATH  ☐ FETAL DEATH | |

TYPE OR PRINT CLEARLY IN BLACK INK ONLY – THIS AMENDMENT BECOMES AN ACTUAL PART OF THE OFFICIAL RECORD

## PART I — INFORMATION TO LOCATE RECORD

INFORMATION AS IT APPEARS ON ORIGINAL RECORD

| 1A. NAME—FIRST: ANTHONY | 1B. MIDDLE: | 1C. LAST: GALLEY |
|---|---|---|
| 2. SEX: M | 3. DATE OF EVENT—MM/DD/CCYY: 02/15/2022 | 4. CITY OF EVENT: SACRAMENTO | 5. COUNTY OF EVENT: SACRAMENTO |

6. FULL NAME OF FATHER/PARENT AS STATED ON ORIGINAL RECORD: CLYDE ANTHONY PAUL
7. FULL NAME OF MOTHER/PARENT AS STATED ON ORIGINAL RECORD: CHRISTINA JOETTE GALLEY

## PART II — STATEMENT OF CORRECTIONS TO BIRTH, DEATH, OR FETAL DEATH RECORD

LIST ONE ITEM PER LINE

| 8. ITEM NUMBER TO BE CORRECTED | 9. INCORRECT INFORMATION THAT APPEARS ON ORIGINAL RECORD | 10. CORRECTED INFORMATION AS IT SHOULD APPEAR |
|---|---|---|
| 18 | CONTRUATION | CONSTRUCTION |
| 20 | 7219 CASTALIAN COURT | 7219 CASTILIAN COURT |

**11. REASON FOR CORRECTION:** ADDRESS INCORRECT AND KIND OF BUSINESS IS MISPELLED

2 of 2

### AFFIDAVITS AND SIGNATURES

We, the undersigned, hereby certify under penalty of perjury that we have personal knowledge of the above facts and that the information given above is true and correct.

TWO PERSONS MUST SIGN THIS FORM TO CORRECT A BIRTH, DEATH, OR FETAL DEATH RECORD

| 12A. SIGNATURE OF FIRST PERSON: ► CARLA PORTER | 12B. PRINTED NAME: CARLA PORTER | 12C. TITLE/RELATIONSHIP TO PERSON IN PART I: FUNERAL HOME STAFF LEVEL |
|---|---|---|
| 12D. ADDRESS (STREET and NUMBER, CITY, STATE, ZIP): 4221 MANZANITA AVE, CARMICHAEL, CA 95608 | | 12E. DATE SIGNED—MM/DD/CCYY: 03/08/2022 |
| 13A. SIGNATURE OF SECOND PERSON: ► SHIRA WINKELMANN | 13B. PRINTED NAME: SHIRA WINKELMANN | 13C. TITLE/RELATIONSHIP TO PERSON IN PART I: FUNERAL HOME STAFF LEVEL |
| 13D. ADDRESS (STREET and NUMBER, CITY, STATE, ZIP): 4221 MANZANITA AVE, CARMICHAEL, CA 95608 | | 13E. DATE SIGNED—MM/DD/CCYY: 03/08/2022 |

### STATE/LOCAL REGISTRAR USE ONLY

| 14. OFFICE OF VITAL RECORDS OR LOCAL REGISTRAR: ► CDPH-VR | 15. DATE ACCEPTED FOR REGISTRATION: 03/08/2022 |
|---|---|

---

**CERTIFIED COPY OF VITAL RECORD**
STATE OF CALIFORNIA, COUNTY OF SACRAMENTO

This is a true and exact reproduction of the document officially registered and placed on file in the office of the Sacramento County Clerk/Recorder.



*002035728*

DATE ISSUED: **MAY 10 2022**

*Donna Allred*
DONNA ALLRED, COUNTY CLERK/RECORDER
SACRAMENTO COUNTY, CALIFORNIA

This copy is not valid unless prepared on an engraved border displaying the date, seal and signature of the County Clerk/Recorder.

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE