MICHAEL J. HADDAD (SBN 189114)
JULIA SHERWIN (SBN 189268)
TERESA ALLEN (SBN 264865)
BRIAN HAWKINSON (SBN 341856)
HADDAD & SHERWIN LLP
505 Seventeenth Street
Oakland, CA 94612
Telephone:  (510) 452-5500
Facsimile:   (510) 452-5510

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY GALLEY, Deceased, by and through his Co-Successors in Interest, P.P. and B.P., minors, through their mother and Next Friend, Christina O'Neil, Individually and as Co-Successors in Interest for ANTHONY GALLEY, Deceased,<br><br>　　　　　Plaintiffs,<br>　　vs.<br><br>COUNTY OF SACRAMENTO, a public entity; FORMER SACRAMENTO COUNTY SHERIFF SCOTT R. JONES, in his individual capacity; Jail Commander ANTHONY PAONESSA, Jail Medical Director VEER BABU, M.D., ERICA WOODS, R.N., and DOES 1–20; individually, jointly, and severally, | Case No. 2:23-cv-00325-WBS-JC<br><br>**PLAINTIFFS' REQUEST AND ORDER TO SEAL DOCUMENTS**<br><br>**Judge: Hon. William B. Shubb**<br><br>**Complaint Filed: February 23, 2023** |

Pursuant to Local Rule 141, Plaintiffs hereby submit this Request to Seal Documents ("Request") asking the Court to seal the following documents: "Co-Successor in Interest Declaration of Plaintiff B.P." (Doc. 7) and "Co-Successor in Interest Declaration of Plaintiff B.P." (Doc. 8).[1] Those declarations contain personal identifying information that must be redacted or filed under seal pursuant to Fed. R. Civ. P. 5.2(a) and 5.2(d). Specifically, the declarations include the full names of minor Plaintiffs P.P. and B.P., and the full social security number and birth date of Plaintiff Anthony Galley (deceased).

Plaintiffs filed those declarations pursuant to state law[2], which requires: (1) that persons seeking to commence a survival action file a declaration stating, among other things, that they are the decedent's successor in interest; and (2) that a certified copy of the decedent's death certificate be attached to that declaration. Cal. Code Civ. Proc. 377.32(a)-(c).

However, Fed. R. Civ. P. 5.2(a) states that in federal court filings, a minor's name may include only the minor's initials; a birth date may include only the year of the individual's birth; and a social security number may include only the last four digits. Plaintiffs inadvertently filed the Docs. 7 and 8 without redacting that information or, alternatively, requesting to file the documents under seal pursuant to Fed. R. Civ. P. 5.2(d).

Accordingly, Plaintiffs respectfully request that the Court grant this Request and order that the Co-Successor in Interest Declaration of Plaintiff B.P. (Doc. 7) and Co-Successor in Interest Declaration of Plaintiff P.P. (Doc. 8) be filed under seal.

A Notice of Request to Seal Documents pertaining to this Request was filed electronically on March 2, 2023. This Request, the above-referenced co-successor declarations, and the accompanying Proposed Order were provided to the Court by email pursuant to Local Rule 141. Defendants have not yet been served in this action.

---

[1] Pursuant to Local Rule 141(b), Plaintiffs submit with this Request copies of the documents covered by the Request. However, as indicated in this Request, those documents were already inadvertently filed without redaction or a request to seal. (See Docs. 7 and 8). Plaintiffs therefore request that this Court order that Docket Nos. 7 and 8 be filed under seal.

[2] Standing for Plaintiffs' 1983 survival claims is governed by state law. 42 U.S.C. § 1988(a); *Mooreland v. Las Vegas Metro. Police Dep't*, 159 F.3d 365, 369 (9th Cir. 1988).

1  Dated: March 2, 2023                         HADDAD & SHERWIN LLP
2
3                                                /s/ *Brian Hawkinson*
4                                                BRIAN HAWKINSON
                                                 Attorneys for Plaintiffs

**<u>ORDER</u>**

Pursuant to Plaintiffs' Request to Seal Documents, IT IS HEREBY ORDERED that the following documents be filed under seal:

- Co-Successor in Interest Declaration of Plaintiff B.P. (Doc. 7)
- Co-Successor in interest Declaration of Plaintiff P.P. (Doc. 8)

IT IS SO ORDERED.

Dated: March 10, 2023

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Case No. 2:23-cv-00325-WBS-JC:  (PROPOSED) ORDER