1  MICHAEL J. HADDAD (SBN 189114)
2  JULIA SHERWIN (SBN 189268)
   TERESA ALLEN (SBN 264865)
3  BRIAN HAWKINSON (SBN 341856)
   HADDAD & SHERWIN LLP
4  505 Seventeenth Street
   Oakland, CA 94612
5  Telephone:    (510) 452-5500
   Facsimile:     (510) 452-5510
6
7  Attorneys for Plaintiffs

8              UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10

11 | ANTHONY GALLEY, Deceased, by and through his Co-Successors in Interest, P.P. and B.P., minors, through their mother and Next Friend, Christina O'Neal, Individually and as Co-Successors in Interest for ANTHONY GALLEY, Deceased, | Case No. 2:23-cv-00325-WBS-AC
|---|---|
| | **PLAINTIFFS' NOTICE OF ERRATA RE: PROOF OF SERVICE OF SUMMONS ON DEFENDANT ERICA WOODS, R.N.** |
| Plaintiffs, | |
| v. | |
| COUNTY OF SACRAMENTO, a public entity; FORMER SACRAMENTO COUNTY SHERIFF SCOTT R. JONES, in his individual capacity; Jail Commander ANTHONY PAONESSA, Jail Medical Director VEER BABU, M.D., ERICA WOODS, R.N., and DOES 1-20; individually, jointly and severally, | |
| Defendants. | |

Plaintiffs, by and through their counsel, Haddad & Sherwin LLP, respectfully submit this Notice of Errata concerning the proof of service of summons on Defendant Erica Woods, R.N., previously filed along with proofs of service for the other Defendants in this matter. (See Doc. 13, pg. 2). At the time of that filing, Plaintiffs believed that Defendant Woods was an employee of Sacramento County and, as such, had been properly served on March 17, 2023, through an agent authorized to accept service on her behalf – the Sacramento County Board of Supervisors. Plaintiffs' counsel was subsequently informed by Defense counsel that Ms. Woods was, in fact, not a County employee. Thus, Plaintiffs' previously filed proof of service of summons on Defendant Woods was filed in error.

Plaintiffs have since located and personally served Defendant Woods, and will file that proof of service immediately after filing this Notice of Errata.

Dated: April 18, 2023                             HADDAD & SHERWIN LLP

/s/ *Brian Hawkinson*

BRIAN HAWKINSON
Attorneys for Plaintiffs