| Attorney or Party without Attorney: | | | | For Court Use Only |
|---|---|---|---|---|
| Michael J. Haddad, SB# 189114  Julia Sherwin, SB# 189268<br>Teresa Allen, SB# 264865    Brian Hawkinson, SB# 341856<br>HADDAD & SHERWIN LLP<br>505 17th Street<br>Oakland, CA  94612<br>Telephone No.: 510-452-5500 | | Ref. No. or File No.: | | |
| Attorney for: Plaintiffs | | | | |
| Insert name of Court, and Judicial District and Branch Court:<br>United States District Court, Eastern District Of California | | | | |
| Plaintiff: Anthony Galley, et al. | | | | |
| Defendant: County of Sacramento, et al. | | | | |
| **PROOF OF SERVICE SUMMONS** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>2:23-CV-00325-WBS-AC |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons in a Civil Case;; Complaint; Order Re: Status (Pretrial Scheduling Conference); Magistrate Judge Consent in Civil Cases: Know Your Rights!; Notice of Availability of a Magistrate Judge to Exercise Jurisdiction and Appeal Instructions Consent / Decline of U.S. Magistrate Judge Jurisdiction form; Notice of Availability Voluntary Dispute Resolution; Stipulation to Elect Referral of Action to Voluntary Dispute Resolution Program (VDRP) Pursuant to Local Rule 271 form

3. a. Party served:      Erica Woods, R.N.
   b. Person served:     party in item 3.a.
                         White, Female, approx. 50 Years Old, Gray Hair, Brown Eyes, 5 Feet 7 Inches, approx. 170 Pounds

4. Address where the party was served:    9246 Laguna Pointe Way
                                          Elk Grove, CA 95758

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Sun., Apr. 16, 2023 (2) at: 7:15PM

7. *Person Who Served Papers:*                        Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. Tyler DiMaria                        d. *The Fee for Service was:* $186.00
   b. **MERCURY INVESTIGATIONS**           e. I am: (3) registered California process server
   P.O. Box 3031                              (i) Owner
   Antioch, CA 94531-3031                     (ii) *Registration No.:*   2006-06
   c. 510 268-9810                            (iii) *County:*            Sacramento
                                              (iv) *Expiration Date:*   Sun, Feb. 11, 2024
   Lic. No. PI 12115

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

   Date: Tue, Apr. 18, 2023

   Judicial Council Form                    PROOF OF SERVICE                    (Tyler DiMaria)
   Rule 2.150.(a)&(b) Rev January 1, 2007      SUMMONS                                                  mercinv.84312