**BEACH LAW GROUP, LLP**
500 E. ESPLANADE DRIVE, SUITE 1400
OXNARD, CALIFORNIA 93036
TELEPHONE: (805) 388-3100
FACSIMILE: (805) 388-3414

Thomas E. Beach - State Bar No. 096321
Rachel K. Mandelberg - State Bar No. 246018
mail@beachlawgroup.com

Attorneys for Defendants,
MAXIM HEALTHCARE SERVICES, INC. dba MAXIM STAFFING SOLUTIONS; MAXIM HEALTHCARE STAFFING SERVICES, INC.; and ERICA WOODS

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY GALLEY, Deceased, by and through his Co-Successors in Interest, P.P. and B.P., minors, through their mother and Next Friend, Christina O'Neil, Individually and as Co-Successors in Interest for ANTHONY GALLEY, Deceased,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF SACRAMENTO, a public entity; FORMER SACRAMENTO COUNTY SHERIFF SCOTT R. JONES, in his individual capacity; Jail Commander ANTHONY PAONESSA, Jail Medical Director VEER BABU, M.D., MAXIM HEALTHCARE SERVICES, INC. dba MAXIM STAFFING SOLUTIONS, a Maryland Corporation; MAXIM HEALTHCARE STAFFING SERVICES, INC., a Maryland Corporation; ERICA WOODS, R.N., and DOES 1–20; individually, jointly, and severally,<br><br>Defendants. | Case No. 2:23-cv-00325-WBS-AC<br><br>Complaint Filed: 02/23/2023<br><br>Assigned to Hon. William B. Shubb<br><br>**STIPULATION and ORDER RE BRIEFING SCHEDULE FOLLOWING THE FILING BY DEFENDANTS, MAXIM HEALTHCARE SERVICES, INC. dba MAXIM STAFFING SOLUTIONS, MAXIM HEALTHCARE STAFFING SERVICES, INC., and ERICA WOODS, OF THEIR MOTION TO DISMISS FIRST AMENDED COMPLAINT** |

This stipulation is entered into by and among the defendants, MAXIM HEALTHCARE SERVICES, INC. dba MAXIM STAFFING SOLUTIONS, MAXIM HEALTHCARE STAFFING SERVICES, INC., and ERICA WOODS, and plaintiffs, ANTHONY GALLEY, Deceased, by and through his Co-Successors in Interest, P.P. and B.P., minors, through their mother and Next Friend, Christina

O'Neil, Individually and as Co-Successors in Interest for ANTHONY GALLEY, Deceased, by and through their respective counsel of record.

WHEREAS the plaintiffs filed a First Amended Complaint in the above-entitled action in the United States District Court for the Eastern District of California on April 21, 2023, (doc. 20) and defendants, MAXIM HEALTHCARE SERVICES, INC. dba MAXIM STAFFING SOLUTIONS, MAXIM HEALTHCARE STAFFING SERVICES, INC., and ERICA WOODS, by and through their counsel of record, filed a Waiver of the Service of Summons on May 8, 2023.

WHEREAS the defendants, MAXIM HEALTHCARE SERVICES, INC. dba MAXIM STAFFING SOLUTIONS, MAXIM HEALTHCARE STAFFING SERVICES, INC., and ERICA WOODS, filed a Motion to Dismiss on July 31, 2023, and an amended Motion to Dismiss on August 2, 2023, which is scheduled for hearing on September 18, 2023.

WHEREAS good cause exists to support the creation of an altered briefing schedule in this matter.  At the time the Defendants filed the present motion to dismiss, Plaintiffs' counsel represented that they already had scheduled travel from August 4-9 (out of state), August 17-22, and August 27 - September 3, 2023 (out of state).  Plaintiffs' counsel need additional time to respond to this dispositive motion, and believe that a deadline of August 28 will provide adequate time for them to respond on behalf of the minor plaintiffs in this case

WHEREAS, the parties affected by this stipulation and continuance agree to the following briefing schedule.

NOW, THEREFORE, the parties hereby stipulate and agree as follows:

1. The deadline for the plaintiffs, ANTHONY GALLEY, Deceased, by and through his Co-Successors in Interest, P.P. and B.P., minors, through their mother and Next Friend, Christina O'Neil, Individually and as Co-

Successors in Interest for ANTHONY GALLEY, Deceased, by and through their respective counsel of record, to oppose the Motion to Dismiss of defendants MAXIM HEALTHCARE SERVICES, INC. dba MAXIM STAFFING SOLUTIONS, MAXIM HEALTHCARE STAFFING SERVICES, INC., and ERICA WOODS is August 28, 2023.

2. The deadline for defendants MAXIM HEALTHCARE SERVICES, INC. dba MAXIM STAFFING SOLUTIONS, MAXIM HEALTHCARE STAFFING SERVICES, INC., and ERICA WOODS, to reply to the plaintiffs' opposition to the Motion to Dismiss is September 7, 2023.

IT IS SO STIPULATED.

Dated: August 3, 2023     BEACH LAW GROUP, LLP

By:      /s/ Thomas E. Beach
Thomas E. Beach
Molly Loy
Attorneys for Defendant,
MAXIM HEALTHCARE STAFFING SERVICES, INC. and ERICA WOODS

Dated: August 3, 2023     HADDAD & SHERWIN LLP

By:      /s/ Michael J. Haddad
Michael J. Haddad, Esq.
Julia Sherwin, Esq.
Teresa Allen, Esq.
Attorneys for Plaintiffs,
ANTHONY GALLEY, Deceased, by and through his Co-Successors in Interest, P.P. and B.P., minors, through their mother and Next Friend, Christina O'Neil, Individually and as Co-Successors in Interest for ANTHONY GALLEY, Deceased

## **ORDER**

For the reasons stated in the parties' stipulation, and good cause having been shown, IT IS SO ORDERED.

Dated: August 7, 2023

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE