**BEACH LAW GROUP, LLP**
500 E. ESPLANADE DRIVE, SUITE 1400
OXNARD, CALIFORNIA 93036
TELEPHONE: (805) 388-3100
FACSIMILE: (805) 388-3414

Thomas E. Beach - State Bar No. 096321
Rachel K. Mandelberg - State Bar No. 246018
mail@beachlawgroup.com
Attorneys for Defendant,
MAXIM HEALTHCARE SERVICES, INC. dba MAXIM STAFFING SOLUTIONS; MAXIM HEALTHCARE STAFFING SERVICES, INC.; and ERICA WOODS

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY GALLEY, Deceased, by and through his Co-Successors in Interest, P.P. and B.P., minors, through their mother and Next Friend, Christina O'Neil, Individually and as Co-Successors in Interest for ANTHONY GALLEY, Deceased,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF SACRAMENTO, a public entity; FORMER SACRAMENTO COUNTY SHERIFF SCOTT R. JONES, in his individual capacity; Jail Commander ANTHONY PAONESSA, Jail Medical Director VEER BABU, M.D., MAXIM HEALTHCARE SERVICES, INC. dba MAXIM STAFFING SOLUTIONS, a Maryland Corporation; MAXIM HEALTHCARE STAFFING SERVICES, INC., a Maryland Corporation; ERICA WOODS, R.N., and DOES 1–20; individually, jointly, and severally,<br><br>Defendants. | Case No. 2:23-cv-00325-WBS-AC<br><br>**STIPULATION PURSUANT TO LOCAL RULE 143 RE: EXCLUSION OF ATTORNEY-CLIENT PRIVILEGE AND ATTORNEY WORK-PRODUCT DOCUMENTS FROM PRIVILEGE LOG REQUIREMENT** |

The parties, by and through their respective attorneys of record, hereby stipulate to the following:

1. **PURPOSE**

To avoid unnecessary consumption of time, expense, and attorney resources, the parties agree that responsive documents and tangible things which are protected by the attorney-client privilege with litigation counsel Beach Law Group, LLP and/or litigation counsel Porter Scott APC, and/or documents or tangible things created by litigation counsel Beach Law Group, LLP and/or litigation counsel Porter Scott APC, or at the direction of Beach Law Group, LLP or litigation counsel Porter Scott APC, after the initiation of this litigation shall be exempted from the identification and description required by Federal Rule of Procedure 26, subsection (b)(5) (FRCP 26(b)(5)).

The parties agree that this exemption is limited as described, and each party is required to comply with FRCP 26(b)(5) for all documents withheld on the basis of privilege and not subject to the privileges or protections described in this stipulation.

2. **DEFINITIONS**

2.1 <u>At the direction of</u> Beach Law Group, LLP and litigation counsel Porter Scott APC – Documents and other tangible things will be considered created at the direction of Beach Law Group, LLP or litigation counsel Porter Scott APC, if they were prepared by any member of Beach Law Group, LLP's or any member of Porter Scott APC staff or experts retained by Beach Law Group, LLP and/or Porter Scott APC, to assist with this matter (except as disclosure is required by other rules), or prepared by any party or party's employee or agent at the express request of Beach Law Group, LLP or Porter Scott APC.

2.2 <u>Attorney-client privilege</u>  - The attorney-client privilege shall be defined consistent with the Federal Rules of Evidence.

1  IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

2  Dated:  January 12, 2024          HADDAD & SHERWIN LLP

                                      _____/s/_____
                                      MICHAEL J. HADDAD
                                      JULIA SHERWIN
                                      TERESA ALLEN
                                      Attorneys for PLAINTIFF

   Dated:  January 12, 2024          BEACH LAW GROUP, LLP


                                      _____
                                      THOMAS E. BEACH
                                      RACHEL K. MANDELBERG
                                      Attorneys for Defendants
                                      MAXIM HEALTHCARE SERVICES, INC.,
                                      MAXIM HEALTHCARE STAFFING
                                      SERVICES, INC., and ERICA WOODS,
                                      R.N.

   Dated:  January 12, 2024          PORTER SCOTT, APC

                                      _____/s/_____
                                      CARL FESSENDEN
                                      JOHN R. WHITEFLEET
                                      MATTHEW W. GROSS
                                      Attorneys for Defendants
                                      COUNTY OF SACRAMENTO, Sheriff
                                      SCOTT R. JONES, Jail Commander
                                      ANTHONY PAONESSA, and VEER BABU,
                                      M.D.

BEACH LAW GROUP, LLP
500 E. ESPLANADE DRIVE, SUITE 1400
OXNARD, CALIFORNIA 93036
TELEPHONE: (805) 388-3100
FACSIMILE: (805) 388-3414

**~~PROPOSED~~ ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: January 17, 2024

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE