1  MICHAEL J. HADDAD (SBN 189114)
2  JULIA SHERWIN (SBN 189268)
   TERESA ALLEN (SBN 264865)
3  HADDAD & SHERWIN LLP
   505 Seventeenth Street
4  Oakland, CA 94612
   Telephone:  (510) 452-5500
5  Facsimile:   (510) 452-5510

6  Attorneys for Plaintiffs

7                          UNITED STATES DISTRICT COURT

8                         EASTERN DISTRICT OF CALIFORNIA
9

10 | ANTHONY GALLEY, Deceased, by and through | Case No. 2:23-cv-00325-WBS-JC |
11 | his Co-Successors in Interest, P.P. and B.P., |  |
   | minors, through their mother and Next Friend, | **NOTICE OF UNAVAILABILITY OF** |
12 | Christina O'Neil, Individually and as Co- | **PLAINTIFFS' COUNSEL** |
   | Successors in Interest for ANTHONY GALLEY, |  |
13 | Deceased, |  |
14 |             Plaintiffs, |  |
15 |     vs. |  |
16 | COUNTY OF SACRAMENTO, a public entity; |  |
17 | FORMER SACRAMENTO COUNTY SHERIFF SCOTT R. JONES, in his individual capacity; Jail |  |
18 | Commander ANTHONY PAONESSA, Jail Medical Director VEER BABU, M.D., MAXIM |  |
19 | HEALTHCARE SERVICES, INC. dba MAXIM STAFFING SOLUTIONS, a Maryland |  |
20 | Corporation; MAXIM HEALTHCARE STAFFING SERVICES, INC., a Maryland |  |
21 | Corporation; ERICA WOODS, R.N., and DOES 1–20; individually, jointly, and severally, |  |
22

23
24
25
26
27
28

**TO THE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:** PLEASE TAKE NOTICE that due to necessary surgery and post-operative care, Plaintiffs' counsel, Michael J. Haddad, will be unavailable for any purpose from May 13, 2024, through and including May 31, 2024, and Julia Sherwin will also be unavailable for any purpose from May 13, 2024, through and including May 24, 2024.

Julia Sherwin will be out of the country and unavailable for any purpose from June 10, 2024, through and including June 24, 2024.

*See, Tenderloin Housing Clinic v. Sparks*, 8 Cal. App.4th 299 (1992).

DATED: April 23, 2024                              HADDAD & SHERWIN LLP


                                                   */s/ Julia Sherwin*
                                                   _____
                                                   JULIA SHERWIN
                                                   Attorneys for Plaintiffs