MICHAEL J. HADDAD (SBN 189114)
JULIA SHERWIN (SBN 189268)
BRIAN HAWKINSON (SBN 341856)
HADDAD & SHERWIN LLP
505 Seventeenth Street
Oakland, CA 94612
Telephone:   (510) 452-5500
Facsimile:   (510) 452-5510

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY GALLEY, Deceased, by and through his Co-Successors in Interest, P.P. and B.P., minors, through their mother and Next Friend, Christina O'Neal, Individually and as Co-Successors in Interest for ANTHONY GALLEY, Deceased,<br><br>              Plaintiffs,<br>vs.<br><br>COUNTY OF SACRAMENTO, a public entity; FORMER SACRAMENTO COUNTY SHERIFF SCOTT R. JONES, in his individual capacity; Jail Commander ANTHONY PAONESSA, Jail Medical Director VEER BABU, M.D., MAXIM HEALTHCARE SERVICES, INC. dba MAXIM STAFFING SOLUTIONS, a Maryland Corporation; MAXIM HEALTHCARE STAFFING SERVICES, INC., a Maryland Corporation; ERICA WOODS, R.N., and DOES 1–20; individually, jointly, and severally,<br><br>              Defendants. | Case No. 2:23-cv-00325-WBS-AC<br><br>**STIPULATION AND (PROPOSED) ORDER RE: "FIRST LOOK" AGREEMENT RE: DEFENDANTS' FEDERAL RULE OF CIVIL PROCEDURE 45 SUBPOENAS SEEKING DECEDENT ANTHONY GALLEY'S MEDICAL RECORDS FROM MERCY SAN JUAN MEDICAL CENTER"** |

The parties, by and through their respective attorneys of record, hereby stipulate to the following order being issued in this matter:

1. On July 19, 2024, Plaintiffs' counsel received Federal Rule of Civil Procedure 45 subpoenas for the Production of Documents for medical records which counsel for Defendants served by Advanced Microsystems Litigation Support Services on the following entities:

   a. Mercy San Juan Medical Center – Medical Records Department, seeking "Any and all documents that may be handwritten, digitally and/or electronically stored pertaining to the care, treatment and examination of the below named patient, including but not limited to medical reports, physician's reports/notes, history and physical reports, discharge summaries, emergency room records, inpatient and outpatient records, radiological and diagnostic imaging tests/studies reports, all physical therapy, occupational therapy and speech therapy records, case manager records, laboratory results, pathology reports, medication administration records, prescription refill requests, pharmacy records, insurance records, color photographs received or taken by you. color photocopies are required. black and white copies are not acceptable. all communications, including e-mail communications between medical staff, patient, and patient's family, including 'secure messages'" from 4/1/2018 to the present.

   b. Mercy San Juan Medical Center – Patient Accounts Department, seeking "Any and all billing records, including but not limited to billing statements complete with CPT/ diagnostic codes, any type of payment records, previous or current balances, or itemized statements; documentation that reflects the amounts(s) actually accepted as payment in full of the charges billed; any type of documentation that reflects any kind of reduction, insurance adjustment, and/or write-off of all or any portion of the amount charged or normally charged; including those existing in electronic or magnetic form, in the possession, custody or control of the said witness, and every such billing record to which the witness may have access" from 4/1/2018 to the present."

   c. Mercy San Juan Medical Center – Radiology Department, seeking "Diagnostic imaging inventory: please provide a detailed inventory or breakdown of all images available from first date of treatment to the present including, but not limited to, any and all x-ray films, cat scans, MRI's, discograms, myelograms and EMGs. specific images required will be selected from the breakdown/inventory you provide. Please provide a cost per image or per study in CD/DVD format" from 4/1/2018 to present. "Do not send films at this time."

The subpoenas have a production date and time of August 19, 2024, at 9:00 a.m.

2.     Plaintiffs' counsel contends that the subpoenaed documents will likely contain privileged information to which Defendants are not entitled, and that the subpoenas as drafted are overbroad insofar as they seek discovery of all Anthony Galley's medical records and so seek information protected by Mr. Galley's physician-patient privilege and privacy rights, and which are neither proportional to the needs of this case nor relevant to the claims and defenses in this matter.

3.     Plaintiffs' counsel and Defendants' counsel met and conferred by email on July 23, 2024 and August 1, 2024.  The parties agree to the following "First-Look" Procedure:

    a.  Counsel for Defendants shall instruct Advanced Microsystems Litigation Support Services as follows: (i) to obtain any subpoenaed documents by a date set by Defendants; (ii) to produce the documents directly to Plaintiffs' counsel's business address: Haddad & Sherwin LLP, 505 17th Street, Oakland, CA 94612, and to NOT produce the documents to counsel for Defendants at this time.

    b.  Upon receipt of the subpoenaed documents from Advanced Microsystems Litigation Support Services, Plaintiffs' counsel will then have seven (7) business days to review the documents to see if they contain any privileged information. If the documents do contain such information, Plaintiffs' counsel shall redact and/or withhold the pages containing that information and Plaintiffs' counsel shall create a privilege log complying with Federal Rules of Civil Procedure 45(e)(2)(A)(i)–(ii) and 26(b)(5)(A)(i)–(ii).

    c.  On or before the seventh (7th) business day after receiving the records from Advanced Microsystems Litigation Support Services, Plaintiffs' counsel shall serve the subpoenaed documents by Federal Express Priority Overnight or electronically on Defendants' counsel; if Plaintiffs' counsel has redacted and/or withheld any information, they shall also concurrently serve the privilege log described in ¶ 3(b), above.

   4. Counsel for Defendants shall pay Advanced Microsystems Litigation Support Services to obtain the documents and produce them to Plaintiffs' counsel, and Plaintiffs' counsel shall pay to send them by Federal Express Priority Overnight to counsel for Defendants, if physical documents were produced.

   5. Counsel for Defendants reserves the right to seek production of any documents that are withheld and/or redacted by Plaintiffs' counsel pursuant to the terms of this agreement. Should any such discovery dispute not be resolved through the meet and confer process, defendants reserve their right to file discovery motions with the court seeking an Order requiring production of withheld documents.

Dated: August 6, 2024        HADDAD & SHERWIN LLP

                    /s/ *Michael J. Haddad*
                    MICHAEL J. HADDAD
                    Attorneys for Plaintiffs

Dated: August 6, 2024        BEACH LAW GROUP, LLP

                    /s/ *Rachel K. Mandelberg*
                    THOMAS E. BEACH
                    SUEANNE D. CHADBOURNE
                    RACHEL K. MANDELBERG
                    MOLLY LOY
                    Attorneys for Defendants
                    MAXIM HEALTHCARE SERVICES, INC., MAXIM HEALTHCARE STAFFING SERVICES, INC., and ERICA WOODS, R.N.

No.: 2:23-cv-00325-WBS-AC: STIP & (PROPOSED) ORDER RE: "FIRST LOOK" AGREEMENT RE: MERCY SAN JUAN SUBPOENAS 3

**(PROPOSED) ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: August 23, 2024

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE