1  MICHAEL J. HADDAD (SBN 189114)
   JULIA SHERWIN (SBN 189268)
2  BRIAN HAWKINSON (SBN 341856)
   HADDAD & SHERWIN LLP
3  505 Seventeenth Street
   Oakland, CA 94612
4  Telephone:    (510) 452-5500
   Facsimile:    (510) 452-5510
5
6  Attorneys for Plaintiffs

7                  **UNITED STATES DISTRICT COURT**

8               **EASTERN DISTRICT OF CALIFORNIA**

9
   ANTHONY GALLEY, Deceased, by and through
10 his Co-Successors in Interest, P.P. and B.P.,
   minors, through their mother and Next Friend,      Case No. 2:23-cv-00325-WBS-AC
11 Christina O'Neal, Individually and as Co-
   Successors in Interest for ANTHONY GALLEY,         **STIPULATION AND ORDER TO**
12 Deceased,                                          **CONTINUE PRETRIAL AND TRIAL**
                                                      **DATES**
13
                       Plaintiffs,
14        vs.

15 COUNTY OF SACRAMENTO, a public entity;
   FORMER SACRAMENTO COUNTY SHERIFF
16 SCOTT R. JONES, in his individual capacity; Jail
   Commander ANTHONY PAONESSA, Jail
17 Medical Director VEER BABU, M.D., MAXIM
   HEALTHCARE SERVICES, INC. dba MAXIM
18 STAFFING SOLUTIONS, a Maryland
   Corporation; MAXIM HEALTHCARE
19 STAFFING SERVICES, INC., a Maryland
   Corporation; ERICA WOODS, R.N., and DOES
20 1–20; individually, jointly, and severally,

21
22
                       Defendants.
23

24
25
26
27
28

Case No.: 2:23-cv-00325-WBS-AC: STIP & ORDER TO CONTINUE PRETRIAL AND TRIAL DATES

1

2

All parties, by and through their respective attorneys of record, hereby stipulate and request that this Court continue trial and pretrial dates in this matter for the following reasons:

3

4

5

6

7

8

9

10

11

      1.      This is a complex civil rights death case based on allegations of Defendants' failure to provide for decedent Anthony Galley's serious medical needs in the Sacramento County Jail where he died on February 15, 2022.  Claims against County Defendants also include allegations that County customs, policies, training and supervision at the jail set in motion the violation(s) of Mr. Galley's rights.  Plaintiff alleges that similar issues concerning County practices at the jail have also been raised, both before and after Mr. Galley's death, in the class action entitled *Mays v. County of Sacramento*, CAED No. 2:18-cv-02081-TLN-CSK.  Mr. Galley is survived by his two minor children, Plaintiffs P.P. and B.P.

12

13

      2.      Defendants are represented by three groups of separate counsel, complicating scheduling of depositions.

14

15

16

17

18

      3.      Although this case was filed on February 23, 2023, County Defendants and Maxim Defendants filed seriatim motions to dismiss that were not resolved until September 19, 2023. (ECF 45).  The Maxim Defendants answered the First Amended Complaint on November 2, 2023. (ECF 48).

19

20

21

22

23

24

      4.      Since that time, the parties have exchanged voluminous documents both directly and by subpoena.  The parties have had to meet and confer repeatedly concerning document production, so far successfully resolving issues without the need for motion practice.  For example, County Defendants produced additional relevant policies, including the Nurse Intake Policy, Medical Sick Call Policy, and Standardized Nursing Protocols on November 21, 2024.

25

26

27

      5.      Plaintiffs were able to partially depose Defendant Erica Woods, R.N. on January 10, 2025, however that deposition could not be completed due to technical difficulties in County's counsel's office.  Ms. Woods deposition is scheduled for completion on February 11, 2025.

28

6.     Also currently scheduled are the depositions of three jail deputies involved in events or investigation of Mr. Galley's death, as well as three individuals who were present at Mr. Galley's arrest before he went to jail.

7.     Individuals and parties still needing to be deposed include: Plaintiffs and/or their mother, Defendant former Medical Director Veer Babu, M.D., Defendant Jail Commander Paonessa, possibly Defendant Sheriff Scott Jones, other deputies on duty during Mr. Galley's short incarceration, Ms. Woods' nursing supervisor, other nurses on duty during Mr. Galley's intake and incarceration, inmates present in Mr. Galley's holding cell during his incarceration, Mr. Galley's medical treaters at the hospital, County's forensic pathologist, possibly some *Mays* counsel, *Mays* Court-Ordered Monitors, and County Persons Most Knowledgeable concerning changes being made to nursing policies and protocols under the *Mays* consent decree at that time, history of known medical and staffing issues at the jail, and issues raised in *Mays* Court-Ordered Monitors' reports both before and after Mr. Galley's death.

8.     Counsel believe that it will take several more months to complete necessary depositions before the parties will be ready to exchange expert disclosures and meaningfully engage in mediation or a settlement conference.  Thereafter, since each party may designate multiple medical and jail experts, the parties request some additional time in the schedule for expert depositions.

9.     Finally, given that Defendants through their separate counsel may file three separate motions for summary judgment, Plaintiffs request four weeks to file responses.

10.     This is the first continuance requested.

/

/

/

11.    The parties therefore propose the following schedule:

| Event | Current Date | New Date |
|---|---|---|
| Expert Disclosures due | May 5, 2025 | October 27, 2025 |
| Rebuttal Expert Disclosures | June 2, 2025 | November 24, 2025 |
| Discovery Cutoff | June 30, 2025 | January 23, 2026 |
| Motion Filing Deadline | August 25, 2025 | February 23, 2026 |
| Motion Response Deadline | | March 23, 2026 |
| Final Pretrial Conference | November 3, 2025 | June 1, 2026, 1:30 pm |
| Trial | January 6, 2026 | July 20, 2026, 9:00 am |

For the foregoing reasons, the parties respectfully request that this Court enter an order

extending the briefing schedule in this case as set forth above.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Dated:  January 25, 2025                    HADDAD & SHERWIN LLP


                                            /s/ *Brian Hawkinson*

                                            BRIAN HAWKINSON
                                            Attorneys for Plaintiffs


Dated: January 25, 2025                     BEACH LAW GROUP, LLP


                                            /s/ *Rachel K. Mandelberg*

                                            THOMAS E. BEACH
                                            SUEANNE D. CHADBOURNE
                                            RACHEL K. MANDELBERG
                                            MOLLY LOY
                                            Attorneys for Defendants
                                            MAXIM HEALTHCARE SERVICES, INC., MAXIM
                                            HEALTHCARE STAFFING SERVICES, INC., and
                                            ERICA WOODS, R.N.

Case No.: 2:23-cv-00325-WBS-AC: STIP & ORDER TO CONTINUE PRETRIAL AND TRIAL DATES

1    Dated:  January 25, 2025                PORTER SCOTT, APC

2

3                                            */s/ Matthew W. Gross*

4                                            CARL FESSENDEN
                                             JOHN R. WHITEFLEET
5                                            MATTHEW W. GROSS
                                             Attorneys for Defendants
6                                            COUNTY OF SACRAMENTO, Sheriff SCOTT R.
                                             JONES, and Jail Commander ANTHONY
7                                            PAONESSA

8

9    DATED: January 25, 2025                 RIVERA HEWITT PAUL LLP

10

11                                           */s/ Kristlenne C. Vicuna*

12                                           KRISTLENNE C. VICUNA
                                             JONATHAN B. PAUL
13                                           Attorneys for Defendant
                                             Veer Babu, M.D.

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case No.: 2:23-cv-00325-WBS-AC: STIP & ORDER TO CONTINUE PRETRIAL AND TRIAL DATES

### ORDER

PURSUANT TO STIPULATION, AND GOOD CAUSE APPEARING, IT IS SO ORDERED.

The pretrial and trial schedules are modified as follow:

| Event | Current Date | New Date |
|---|---|---|
| Expert Disclosures due | May 5, 2025 | October 27, 2025 |
| Rebuttal Expert Disclosures | June 2, 2025 | November 24, 2025 |
| Discovery Cutoff | June 30, 2025 | January 23, 2026 |
| Motion Filing Deadline | August 25, 2025 | February 23, 2026 |
| Motion Response Deadline | NONE | March 23, 2026 |
| Final Pretrial Conference | November 3, 2025 | **June 1, 2026, 1:30 pm** |
| Trial | January 6, 2026 | **August 11, 2026, 9:00 am** |

Dated:  January 23, 2025

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Case No.: 2:23-cv-00325-WBS-AC: STIP & ORDER TO CONTINUE PRETRIAL AND TRIAL DATES