1  MICHAEL J. HADDAD (SBN 189114)
   JULIA SHERWIN (SBN 189268)
2  HADDAD & SHERWIN LLP
   505 Seventeenth Street
3  Oakland, CA 94612
   Telephone:   (510) 452-5500
4  Facsimile:    (510) 452-5510

5  Attorneys for Plaintiffs

6
                    **UNITED STATES DISTRICT COURT**
7
                    **EASTERN DISTRICT OF CALIFORNIA**
8

| | |
|---|---|
| ANTHONY GALLEY, Deceased, by and through his Co-Successors in Interest, P.P. and B.P., minors, through their mother and Next Friend, Christina O'Neal, Individually and as Co-Successors in Interest for ANTHONY GALLEY, Deceased,<br><br>                    Plaintiffs,<br>     vs.<br><br>COUNTY OF SACRAMENTO, a public entity; FORMER SACRAMENTO COUNTY SHERIFF SCOTT R. JONES, in his individual capacity; Jail Commander ANTHONY PAONESSA, Jail Medical Director VEER BABU, M.D., MAXIM HEALTHCARE SERVICES, INC. dba MAXIM STAFFING SOLUTIONS, a Maryland Corporation; MAXIM HEALTHCARE STAFFING SERVICES, INC., a Maryland Corporation; ERICA WOODS, R.N., and DOES 1–20; individually, jointly, and severally,<br><br>                    Defendants. | Case No. 2:23-cv-00325-WBS-AC<br><br>**STIPULATION AND ORDER TO MODIFY SCHEDULING ORDER (ECF NO. 70)** |

Case No.: 2:23-cv-00325-WBS-AC: STIP & ORDER TO MODIFY SCHEDULING ORDER

All parties, by and through their respective attorneys of record, hereby stipulate and request that this Court briefly continue pretrial dates in this matter for the following reasons:

1. This is a complex civil rights death case based on allegations of Defendants' failure to provide for decedent Anthony Galley's serious medical needs in the Sacramento County Jail, where he died on February 15, 2022. Claims against County Defendants also include allegations that County customs, policies, training and supervision at the jail set in motion the violation(s) of Mr. Galley's rights. Plaintiffs allege that similar issues concerning County practices at the jail have also been raised, both before and after Mr. Galley's death, in the class action entitled *Mays v. County of Sacramento*, E.D. Cal. Case No. 2:18-cv-02081-TLN-CSK, and the Consent Decree and Remedial Plan in that case. Mr. Galley is survived by his two minor children, Plaintiffs P.P. and B.P.

2. Defendants are represented by three groups of separate counsel, complicating scheduling of depositions.

3. This case was filed on February 23, 2023. County Defendants and Maxim Defendants filed seriatim motions to dismiss that were not resolved until September 19, 2023. (ECF 45). The Maxim Defendants answered the First Amended Complaint on November 2, 2023. (ECF 48).

4. Since that time, the parties have exchanged voluminous documents both directly and by subpoena. The parties have met and conferred repeatedly concerning document production, to resolve issues without the need for motion practice. The parties are represented by experienced counsel who are working cooperatively in this matter.

5. Plaintiffs have completed the depositions of Defendants Erica Woods, RN, and Veer Babu, MD. Defendants have completed depositions of several correctional officers at the Sacramento County Jail. Ms. Woods' deposition required two sessions due to technical difficulties

in counsel's office for Maxim and Ms. Woods.  The parties had difficulty scheduling Dr. Babu's deposition, as he is no longer employed by the County, due to scheduling conflicts for him and between counsel.  His deposition just occurred on September 10, 2025.  The parties have had to continue depositions of the County's and Maxim's Rule 30(b)(6) Persons Most Knowledgeable.

6. In addition, the parties have scheduled a mediation in this case with mediator Richard Copeland, on the only date that worked for him and all parties, November 18, 2025.

7. Based on Dr. Babu's deposition testimony, Plaintiffs intend to amend the complaint to add the County's jail Nursing Director, Pamela Gandy-Rosemond, RN, and conduct further depositions.  The amendment and further depositions will not be necessary if the parties settle this matter at the mediation.

8. Individuals and parties still needing to be deposed include:  Plaintiffs and/or their mother, Defendant Jail Commander Paonessa, possibly Defendant Sheriff Scott Jones, Nursing Director Pamela Gandy-Rosemond after she is added as a Defendant, inmates present in Mr. Galley's holding cell during his incarceration, Mr. Galley's medical treaters at the hospital, Sacramento County's forensic pathologist, possibly some *Mays* counsel, the *Mays* Court-Ordered Monitor, Maxim and the County's Persons Most Knowledgeable concerning nursing training, and the County's Persons Most Knowledgeable concerning changes made to nursing policies and protocols under the *Mays* consent decree at that time, history of known medical and staffing issues at the jail, and issues raised in *Mays* Court-Ordered Monitors' reports both before and after Mr. Galley's death.

9. The parties' experts will need time to review the depositions to prepare their reports.

10. Plaintiffs' counsel are starting a wrongful death trial on October 30, 2025, in *Garcia v. Napa County, et al.*, Napa County Superior Court Case No. 23CV000234.  The trial is expected to last through November 14, 2025.

11. To save the time and resources of the parties, the parties agree to postpone Plaintiffs' amendment of the complaint and the remaining depositions until after the November 18, 2025, mediation.

12. This is the second continuance requested in this matter.

13. The parties have consulted the Court, and with guidance from the Court propose the following schedule:

| Event | Current Date | New Date |
|---|---|---|
| Expert Disclosures due | October 27, 2025 | January 2, 2026 |
| Rebuttal Expert Disclosures | November 24, 2025 | January 23, 2026 |
| Discovery Cutoff | January 23, 2026 | February 20, 2026 |
| Motion Filing Deadline | February 23, 2026 | March 20, 2026 |
| Motion Response Deadline | March 23, 2026 | April 17, 2026 |
| Motion Reply Deadline | N/A | May 1, 2026 |
| Dispositive Motion Hearing | N/A | May 11, 2026, 1:30 p.m. |
| Final Pretrial Conference | June 1, 2026, 1:30 p.m. | June 29, 2026, 1:30 p.m. |
| Trial | August 11, 2026, 9:00 a.m. | August 18, 2026, 9:00 a.m. |

For the foregoing reasons, the parties respectfully request that this Court enter an order extending the pretrial dates in this case as set forth above.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Dated: October 10, 2025                             HADDAD & SHERWIN LLP

                                                    /s/ *Julia Sherwin*
                                                    JULIA SHERWIN
                                                    Attorneys for Plaintiffs

Case No.: 2:23-cv-00325-WBS-AC: STIP & ORDER TO MODIFY SCHEDULING ORDER            3

Dated: October 10, 2025         BEACH LAW GROUP, LLP

                                /s/ *Thomas E. Beach*
                                ―――――――――――――――――――――
                                THOMAS E. BEACH
                                SUEANNE D. CHADBOURNE
                                RACHEL K. MANDELBERG
                                MOLLY LOY
                                Attorneys for Defendants
                                MAXIM HEALTHCARE SERVICES, INC., MAXIM HEALTHCARE STAFFING SERVICES, INC., and ERICA WOODS, R.N.

Dated: October 10, 2025         PORTER SCOTT, APC

                                */s/ Matthew W. Gross*
                                ―――――――――――――――――――――
                                CARL FESSENDEN
                                JOHN R. WHITEFLEET
                                MATTHEW W. GROSS
                                Attorneys for Defendants
                                COUNTY OF SACRAMENTO, Sheriff SCOTT R. JONES, and Jail Commander ANTHONY PAONESSA

DATED: October 10, 2025         RIVERA HEWITT PAUL LLP

                                */s/ Kristlenne C. Vicuna*
                                ―――――――――――――――――――――
                                KRISTLENNE C. VICUNA
                                JONATHAN B. PAUL
                                Attorneys for Defendant
                                Veer Babu, M.D.

## **ORDER**

PURSUANT TO STIPULATION, AND GOOD CAUSE APPEARING, IT IS SO ORDERED.

The pretrial and trial schedules are modified as follow:

| **Event** | **Current Date** | **New Date** |
|---|---|---|
| Expert Disclosures due | October 27, 2025 | January 2, 2026 |

| | | |
|---|---|---|
| Rebuttal Expert Disclosures | November 24, 2025 | January 23, 2026 |
| Discovery Cutoff | January 23, 2026 | February 20, 2026 |
| Motion Filing Deadline | February 23, 2026 | March 20, 2026 |
| Motion Response Deadline | March 23, 2026 | April 17, 2026 |
| Motion Reply Deadline | N/A | May 1, 2026 |
| Dispositive Motion Hearing | N/A | May 11, 2026, 1:30 p.m. |
| Final Pretrial Conference | June 1, 2026, 1:30 p.m. | June 29, 2026, 1:30 p.m. |
| Jury Trial | August 11, 2026, 9:00 a.m. | August 18, 2026, 9:00 a.m. |

Dated: October 11, 2025

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE