MICHAEL J. HADDAD (SBN 189114)
JULIA SHERWIN (SBN 189268)
HADDAD & SHERWIN LLP
505 Seventeenth Street
Oakland, CA 94612
Telephone: (510) 452-5500
Facsimile: (510) 452-5510

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANTHONY GALLEY, Deceased, by and through his Co-Successors in Interest, P.P. and B.P., minors, through their mother and Next Friend, Christina O'Neal, Individually and as Co-Successors in Interest for ANTHONY GALLEY, Deceased,<br><br>Plaintiffs,<br>vs.<br><br>COUNTY OF SACRAMENTO, a public entity; FORMER SACRAMENTO COUNTY SHERIFF SCOTT R. JONES, in his individual capacity; Jail Commander ANTHONY PAONESSA, Jail Medical Director VEER BABU, M.D., MAXIM HEALTHCARE SERVICES, INC. dba MAXIM STAFFING SOLUTIONS, a Maryland Corporation; MAXIM HEALTHCARE STAFFING SERVICES, INC., a Maryland Corporation; ERICA WOODS, R.N., and DOES 1–20; individually, jointly, and severally,<br><br>Defendants. | Case No. 2:23-cv-00325-WBS-AC<br><br>**STIPULATION AND ORDER TO MODIFY SCHEDULING ORDER (ECF NO. 82)** |

All parties, by and through their respective attorneys of record, hereby stipulate and request that this Court briefly continue pretrial dates in this matter for the following reasons:

1. This is a complex civil rights death case based on allegations of Defendants' failure to provide for decedent Anthony Galley's serious medical needs in the Sacramento County Jail, where he died on February 15, 2022. Claims against County Defendants also include allegations that County customs, policies, training and supervision at the jail set in motion the violation(s) of Mr. Galley's rights. Plaintiffs allege that similar issues concerning County practices at the jail have also been raised, both before and after Mr. Galley's death, in the class action entitled *Mays v. County of Sacramento*, E.D. Cal. Case No. 2:18-cv-02081-TLN-CSK, and the Consent Decree and Remedial Plan in that case. Mr. Galley is survived by his two minor children, Plaintiffs P.P. and B.P.

2. Defendants are represented by three groups of separate counsel, complicating scheduling of depositions.

3. This case was filed on February 23, 2023. County Defendants and Maxim Defendants filed seriatim motions to dismiss that were not resolved until September 19, 2023. (ECF 45). The Maxim Defendants answered the First Amended Complaint on November 2, 2023. (ECF 48).

4. Since that time, the parties have exchanged voluminous documents both directly and by subpoena. The parties have met and conferred repeatedly concerning document production, to resolve issues without the need for motion practice. The parties are represented by experienced counsel who are working cooperatively in this matter.

5. Plaintiffs have completed the depositions of Defendants Erica Woods, RN, and Veer Babu, MD. Defendants have completed depositions of several correctional officers at the Sacramento County Jail plus Plaintiffs P.P. and B.P. Ms. Woods' deposition required two sessions due to technical

difficulties in counsel's office for Maxim and Ms. Woods. The parties had difficulty scheduling Dr. Babu's deposition, as he is no longer employed by the County, due to scheduling conflicts for him and between counsel. His deposition occurred on September 10, 2025. The parties have had to continue depositions of the County's and Maxim's Rule 30(b)(6) Persons Most Knowledgeable.

6. In addition, the parties had an unsuccessful mediation with mediator Richard Copeland on April 8, 2026.

7. Individuals and parties still needing to be deposed include: Plaintiffs'mother, Defendant Jail Commander Paonessa, possibly Defendant Sheriff Scott Jones, Nursing Director Pamela Gandy-Rosemond, inmates present in Mr. Galley's holding cell during his incarceration, Mr. Galley's medical treaters at the hospital, Sacramento County's forensic pathologist, possibly some *Mays* counsel, the *Mays* Court-Ordered Monitors Madeleine LaMarre and Dr. Karen Saylor, Maxim and the County's Persons Most Knowledgeable concerning nursing training, and the County's Persons Most Knowledgeable concerning changes made to nursing policies and protocols under the *Mays* consent decree at that time, history of known medical and staffing issues at the jail, and issues raised in *Mays* Court-Ordered Monitors' reports both before and after Mr. Galley's death.

8. The only date that works for Ms. LaMarre's deposition is November 3, 2026.

9. The parties' experts will need time to review the depositions to prepare their reports.

10. The parties have consulted the Court, and with guidance from the Court propose the following schedule:

| **Event** | **Current Date** | **New Date** |
|---|---|---|
| Expert Disclosures due | November 20, 2026 | January 29, 2027 |
| Rebuttal Expert Disclosures | December 11, 2026 | February 19, 2027 |
| Fact and Expert Discovery Cutoff | January 22, 2027 | April 9, 2027 |
| Motion Filing Deadline | February 19, 2027 | April 23, 2027 |

| | | |
|---|---|---|
| Motion Response Deadline | March 26, 2027 | May 28, 2027 |
| Motion Reply Deadline | April 9, 2027 | June 11, 2027 |
| Dispositive Motion Hearing | May 10, 2027, 1:30 p.m. | July 12, 2027, 1:30 p.m. |
| Plaintiff's Final Pretrial Statement Due | July 26, 2027 | October 25, 2027 |
| Defendants' Final Pretrial Statement Due | August 2, 2027 | November 1, 2027 |
| Final Pretrial Conference | August 9, 2027, 1:30 p.m. | November 8, 2027, 1:30 p.m. |
| Trial | November 16, 2027, 9:00 a.m. | March 14, 2028, 9:00 a.m. |

For the foregoing reasons, the parties respectfully request that this Court enter an order extending the pretrial and trial dates in this case as set forth above.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Dated: September 3, 2026

HADDAD & SHERWIN LLP

/s/ *Julia Sherwin*

JULIA SHERWIN
Attorneys for Plaintiffs

Dated: September 3, 2026

BEACH LAW GROUP, LLP

/s/ *Thomas E. Beach*

THOMAS E. BEACH
SUEANNE D. CHADBOURNE
RACHEL K. MANDELBERG
MOLLY LOY
Attorneys for Defendants
MAXIM HEALTHCARE SERVICES, INC., MAXIM HEALTHCARE STAFFING SERVICES, INC., and ERICA WOODS, R.N.

Dated: September 3, 2026

PORTER SCOTT, APC

*/s/ Carl Fessenden*

CARL FESSENDEN
JOHN R. WHITEFLEET
MATTHEW W. GROSS
Attorneys for Defendants
COUNTY OF SACRAMENTO, Sheriff SCOTT R. JONES, and Jail Commander ANTHONY PAONESSA

DATED: September 3, 2026

RIVERA HEWITT PAUL LLP

*/s/ Susan DeNardo*

JONATHAN B. PAUL
SUSAN DENARDO
Attorneys for Defendant
Veer Babu, M.D.

**ORDER**

PURSUANT TO STIPULATION, AND GOOD CAUSE APPEARING, IT IS SO ORDERED.

The pretrial and trial schedules are modified as follow:

| **Event** | **Current Date** | **New Date** |
|---|---|---|
| Expert Disclosures due | November 20, 2026 | January 29, 2027 |
| Rebuttal Expert Disclosures | December 11, 2026 | February 19, 2027 |
| Fact and Expert Discovery Cutoff | January 22, 2027 | April 9, 2027 |
| Motion Filing Deadline | February 19, 2027 | April 23, 2027 |
| Motion Response Deadline | March 26, 2027 | May 28, 2027 |
| Motion Reply Deadline | April 9, 2027 | June 11, 2027 |
| Dispositive Motion Hearing | May 10, 2027, 1:30 p.m. | July 12, 2027, 1:30 p.m. |
| Plaintiff's Final Pretrial Statement Due | July 26, 2027 | October 25, 2027 |
| Defendants' Final Pretrial Statement Due | August 2, 2027 | November 1, 2027 |
| Final Pretrial Conference | August 9, 2027, 1:30 p.m. | November 8, 2027, 1:30 p.m. |
| Trial | November 16, 2027, 9:00 a.m. | March 14, 2028, 9:00 a.m. |

Dated: September 8, 2026

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE